# THE MARKS LAW FIRM, P.C.

October 28, 2021

**Via: ECF**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

      **RE:**    <u>Bonifacio v. Ocean Restaurant et al</u>
            Docket: 1:21-cv-5660-RA

Dear Judge Abrams,

    In accordance with your Honor's October 5, 2021 order, Plaintiff provides this status update and respectfully requests an adjournment of the telephone conference in the above referenced matter currently scheduled for November 5, 2021 at 10:45am. On August 12, 2021, Plaintiff filed a Notice of Voluntary Dismissal without prejudice against Cell Tower Lease Acquisition LLC who, upon information and belief, was named in error as a Defendant in the above referenced action. Plaintiff has ascertained the correct landlord for the Premises at issue in the complaint and on October 28, 2021, Plaintiff filed an Amended complaint naming "393 Lenox Inc." as a Defendant in the action. Plaintiff requests time to serve the amended complaint on Ocean Restaurant and 393 Lenox Inc. prior to any motion for default. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

Application granted.  The conference is rescheduled to December 3, 2021 at 4:15 p.m. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

Respectfully Submitted,

The Marks Law Firm, P.C.

SO ORDERED.

By: _____
      Bradly G. Marks

_____
Hon. Ronnie Abrams
10/29/2021

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com