# THE MARKS LAW FIRM, P.C.

November 29, 2021

<u>**Via: ECF**</u>
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

      RE:    <u>Bonifacio v. Ocean Restaurant et al</u>
            Docket: 1:21-cv-5660-RA

Dear Judge Abrams,

      Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for December 3, 2021. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved. Defendant Ocean Restaurant was served with a summons and complaint on August 4, 2021. Upon information and belief, Plaintiff dismissed defendant Cell Tower Lease Acquisition LLC and named defendant 393 Lenox Inc. as the proper landlord in the action. On October 18, 2021, Plaintiff filed an amended complaint naming 393 Lenox Inc. as a defendant. Defendant 393 Lenox Inc. was served on November 12, 2021 through the secretary of state and their answer is due on December 3, 2021. Defendant Ocean Restaurant is currently being served with an amended complaint and Plaintiff will file an affidavit of service within thirty (30) days.

      Plaintiff therefore requests an additional forty-five (45) days to complete service on Defendants, to allow time for Defendants to answer the matter, and to make attempts to contact Defendants and have them participate in the action. Plaintiff will move for default if Defendants do not appear or answer. This is the second request of its kind.

      We thank you and the Court for its time and consideration on this matter.

Application granted. The conference is hereby adjourned to January 21, 2022 at 3:30 p.m. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/30/2021

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
      Bradly G. Marks

---

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

# THE MARKS LAW FIRM, P.C.

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com