# THE MARKS LAW FIRM, P.C.

January 12, 2022

**Via: ECF**
Hon. Ronnie Abrams
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1506
New York, New York 10007

         **RE:**    <u>Bonifacio v. Ocean Restaurant et al</u>
                Docket: 1:21-cv-5660-RA

Dear Judge Abrams,

    Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for January 19, 2022 and requests time to move for default. To date, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved. Therefore, Plaintiff requests thirty (30) days to move for default. This is Plaintiff's last request for an adjournment.

    We thank you and the Court for its time and consideration on this matter.

                            Respectfully Submitted,

                            The Marks Law Firm, P.C.

Application granted. The initial conference is hereby adjourned. Plaintiff shall move for default judgment on or before February 10, 2022.

By: _____
        Bradly G. Marks

SO ORDERED.

_____
Hon. Ronnie Abrams
1/13/2022

54 W 40th Street, Suite 1131 New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com