UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRISCILIANO CRISTOBAL BONIFACIO,

            Plaintiff,

          v.

OCEAN RESTAURANT, 393 LENOX INC., and SASSOON REALTY MANAGEMENT, LLC,

            Defendants.

No. 21-CV-5660 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    A second amended complaint was filed in this action on April 13, 2022. Dkt. 33. Although Defendants 393 Lenox Inc. and Sassoon Realty Management LLC appear to have been served on May 24, 2022, and Defendant Ocean Restaurant on June 1, 2022, no Defendants have appeared in this action. No later than August 4, 2022, Plaintiff is directed to advise the Court whether he intends to apply for default judgment and to propose a date by which he will do so.

SO ORDERED.

Dated:    July 28, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge